## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RAYMOND THOMAS AND DAWN THOMAS, | : | No. 255 MAL 2023 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| COUNTY OF BUCKS TAX CLAIM BUREAU, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.